AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEXTER KEITH LEE,            )<br>      Plaintiff,            )<br>                              )<br>  v.                         )<br>                              )<br>SPENCER LEWIS, GMAC INSURANCE, )<br>GLADYS PAYNE, JASON HILL,     )<br>BRANDI DAVIS,                 )<br>      Defendants.           ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:10-CV-55-F** |

**Decision by Court.**

IT IS ORDERED AND ADJUDGED that the M&R is accepted, and the case is DISMISSED. Plaintiff's motion for leave to file the Amended Complaint is DENIED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 8, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Dexter Keith Lee (via regular mail to 606 East Baker Street, Ahoskie, NC 27910)

| | |
|---|---|
| December 8, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |